IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION AT CINCINNATI

ELWOOD H. JONES,                                :

        Petitioner,                              Case No. 1:17-cv-29

- vs -                                                         District Judge Walter Herbert Rice
                                                      Magistrate Judge Michael R. Merz

WARDEN, Chillicothe Correctional Institution,

        Respondent.                           :

---

### ORDER ADOPTING REPORT AND RECOMMENDATIONS

---

The Court has reviewed the Report and Recommendations of United States Magistrate Judge Michael R. Merz (ECF No. 10), to whom this case was referred pursuant to 28 U.S.C. § 636(b), and noting that no objections have been filed thereto and that the time for filing such objections under Fed. R. Civ. P. 72(b) has expired, hereby ADOPTS said Report and Recommendations.

It is hereby ORDERED that this case is DISMISSED with prejudice for lack of jurisdiction. This case is TERMINATED on the docket of this Court.

March 17, 2017.

                                                                   Walter Herbert Rice
                                                            United States District Judge